# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

    **Plaintiff,**

-vs-                                Case No.   3:22-CR-00086-04

**SIRARTHUR DANIEL ALLEN,**

    **Defendant.**

## ORDER TO AMEND JUDGMENT

**IT IS HEREBY ORDERED THAT:**

1. The Judgment (Doc. No. 180) filed November 3, 2025, is hereby amended to reflect the mandatory condition requiring the defendant to submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court is suspended, based on the Court's determination made in open court at sentencing that the defendant posed a low risk of future substance abuse.

2. All other terms of the Judgment shall remain the same.

Dated: December 29, 2025

THOMAS M. ROSE JUDGE
UNITED STATES DISTRICT COURT